| | |
|---|---|
| Liv L. Herriot (SBN: 267694) | Mark G. Matuschak (*pro hac vice admission pending*) |
| liv.herriot@wilmerhale.com | mark.matuschak@wilmerhale.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | Omar A. Khan (*pro hac vice admission pending*) |
| 950 Page Mill Road | omar.khan@wilmerhale.com |
| Palo Alto, CA 94304 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Telephone: (650) 858-6000 | 7 World Trade Center |
| Facsimile:  (650) 858-6100 | 250 Greenwich Street |
| | New York, NY 10007 |
| Elaine Zhong (SBN: 286394) | Telephone: (212) 230-8800 |
| elaine.zhong@wilmerhale.com | Facsimile:  (212) 230-8888 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | |
| 350 South Grand Avenue, Suite 2100 | Todd Zubler (*pro hac vice admission pending*) |
| Los Angeles, CA 90071 | todd.zubler@wilmerhale.com |
| Telephone: (213) 443-5300 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Facsimile: (213) 443-5400 | 1875 Pennsylvania Avenue NW |
| | Washington, DC 20006 |
| | Telephone: (202) 663-6000 |
| | Facsimile:  (202) 663-6363 |

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Intel Corporation, | |
| Plaintiff, | Case No. 2:15-cv-2142 |
| vs. | **INTEL CORPORATION'S NOTICE OF RELATED CASES** |
| Nexus Display Technologies LLC, | |
| Defendant. | |

INTEL CORPORATION'S NOTICE OF RELATED CASES
Case No. 2:15-cv-2142

ActiveUS 143589163v.2

Pursuant to Local Rule 83-1.3.1, Plaintiff Intel Corporation ("Intel" or "Plaintiff" ) hereby submits its Notice of Related Civil Cases.

This case is related to the cases pending at Docket Nos. 14-cv-5691-JVS-DFM, 14-cv-5693-JVS-DFM,[1] 14-cv-5694-JVS-DFM and 14-cv-1118-JVS-DFM (collectively "Related Cases") because it "would entail substantial duplication of labor if heard by different judges." L.R. 83-1.3.1(c).

In all four Related Cases, Nexus Display Technologies LLC ("Nexus") asserts that the defendants' products infringe certain patents previously assigned to Silicon Image, including at least U.S. Patent Nos. 7,295,578, 5,835,498, and 7,143,328 Patents ("Asserted Patents"). In this case, Intel is seeking a declaratory judgment that Intel is licensed to practice those patents, that Intel's license authorizes the sale of Intel's products to its customers, and that the License Agreement bars any assertion by Nexus of the Licensed Patents against Intel and components that Intel supplies to its customers.

In addition, Nexus's infringement allegations in the Related Cases appear to be directed to portions of a display interface standard known as DisplayPort. *See* Joint Rule 26(f) Report at 6, 14-cv-5694-JVS-DFM (C.D. Cal. July 17, 2014), ECF No. 37.[2] In this case, the Intel products as to which Intel is seeking a declaratory judgment also comply with portions of the DisplayPort standard, including aspects of the DisplayPort standard that are likely to be complementary to those at issue in the Related Cases. Thus, the underlying technologies at issue in the Related Cases are likely to be substantially similar to those at issue in this case.

Substantial efficiencies would be gained by having the same Judge presiding over the Related Cases apply his knowledge of the Asserted Patents and the DisplayPort standard to the Intel products at issue when determining whether those

---

[1] This case was terminated on March 9, 2015.

[2] DisplayPort was developed by the Video Electronics Standards Association (VESA) as a digital interface to connect a video source to a display device, such as a monitor.

-1-

INTEL CORPORATION'S NOTICE OF RELATED CASES
Case No. 2:15-cv-2142

ActiveUS 143589163v.2

Intel products are covered by the License Agreement. Therefore, there would be substantial duplication of labor if this case were heard by a different Judge.

Dated: March 23, 2015   WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Liv L. Herriot

Liv L. Herriot (SBN: 267694)
liv.herriot@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Tel.: (650) 858-6000
Fax.: (650) 858-6100

Elaine Zhong (SBN: 286394)
elaine.zhong@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Mark G. Matuschak (*pro hac vice admission pending*)
mark.matuschak@wilmerhale.com
Omar A. Khan (*pro hac vice admission pending*)
omar.khan@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax.: (212) 230-8888

Todd Zubler (*pro hac vice admission pending*)
todd.zubler@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax.: (202) 663-6363

Attorneys for Plaintiff Intel Corporation