Alisa A. Lipski, (SBN 278710)
Ahmad, Zavitsanos, Anaipakos,
Alavi & Mensing P.C.
1221 McKinney, Ste. 3460
Houston, TX 77010
(713) 655-1101 – Main
(713) 655-0062 – Facsimile
alipski@azalaw.com – Email

*Attorneys for Defendant Nexus Display Technologies LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INTEL CORPORATION,** | Case No. 2:15-CV-02142-TJH-JC |
| **Plaintiff,** | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| v. | |
| **NEXUS DISPLAY TECHNOLOGIES LLC,** | **Complaint served:** March 25, 2015 |
| **Defendant.** | **Amended Complaint served:** April 15, 2015 |
| | **Current response date:** June 5, 2015 |
| | **New response date:** June 19, 2015 |

Pursuant to Civil Local Rule 8-3, Defendant Nexus Display Technologies, LLC ("NDT"), by and through its counsel of record, and Plaintiff Intel Corporation ("Intel"), by and through its counsel for record, do hereby stipulate to extend the time for NDT to answer or otherwise respond to Intel's amended complaint through and including June 19, 2015.

1

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. 2:15-CV-02142-TJH-JC

ActiveUS 144353072v.1

| | | |
|---|---|---|
| 1 | Dated: June 5, 2015 | Respectfully submitted, |
| 2 | | */s/ Alisa Lipski* |
| 3 | | Alisa A. Lipski<br>California Bar No. 278710 |
| 4 | | alipski@azalaw.com<br>AHMAD, ZAVITSANOS, ANAIPAKOS, |
| 5 | | ALAVI & MENSING P.C.<br>1221 McKinney Street, Suite 3460 |
| 6 | | Houston, TX 77010 |
| 7 | | Telephone: 713-655-1101<br>Facsimile: 713-655-0062 |
| 8 | | |
| 9 | | **ATTORNEYS FOR DEFENDANT NEXUS DISPLAY TECHNOLOGIES** |
| 10 | | **LLC** |
| 11 | | |
| 12 | Dated: June 5, 2015 | Respectfully submitted, |
| 13 | | |
| 14 | | */s/ Todd Zubler* |
| 15 | | Liv L. Herriot (SBN: 267694)<br>liv.herriot@wilmerhale.com |
| 16 | | WILMER CUTLER PICKERING HALE<br>AND DORR LLP |
| 17 | | 950 Page Mill Road<br>Palo Alto, CA 94304 |
| 18 | | Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |
| 19 | | |
| 20 | | Elaine Zhong (SBN: 286394)<br>elaine.zhong@wilmerhale.com |
| 21 | | David C. Marcus |
| 22 | | david.marcus@wilmerhale.com<br>WILMER CUTLER PICKERING HALE |
| 23 | | AND DORR LLP |
| 24 | | 350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071 |
| 25 | | Telephone: (213) 443-5300<br>Facsimile: (213) 443-5400 |
| 26 | | |
| 27 | | |
| 28 | | 2 |

| | |
|---|---|
| 1 | Elizabeth M Reilly |
| 2 | beth.reilly@wilmerhale.com<br>Mark G Matuschak |
| 3 | mark.matuschak@wilmerhale.com<br>Wilmer Cutler Pickering Hale and Dorr LLP |
| 4 | 60 State Street<br>Boston, MA 02109 |
| 5 | 617-526-6704<br>Fax: 617-526-5000 |
| 6 | Omar A Khan |
| 7 | omar.khan@wilmerhale.com<br>Wilmer Cutler Pickering Hale and Dorr LLP |
| 8 | 7 World Trade Center<br>250 Greenwich Street |
| 9 | New York, NY 10007<br>212-230-8800 |
| 10 | Fax: 212-230-8888 |
| 11 | Todd Zubler<br>todd.zubler@wilmerhale.com |
| 12 | Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue NW |
| 13 | Washington, DC 20006<br>202-663-6636 |
| 14 | Fax: 202-663-6363 |
| 15 | **ATTORNEYS FOR PLAINTIFF INTEL CORPORATION** |

ActiveUS 144353072v.1