1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **INTEL CORPORATION,** | Case No. 2:15-CV-02142-TJH-JC |
| **Plaintiff,** | **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| **v.** | |
| **NEXUS DISPLAY TECHNOLOGIES LLC,** | |
| **Defendant.** | **Complaint served:**    **March 25, 2015** |
| | **Amended Complaint served:**    **April 15, 2015** |
| | **Current response date:**   **June 5, 2015** |
| | **New response date:**    **June 19, 2015** |

UPON STIPULATION of the Parties, it is hereby Ordered that the deadline for Defendant Nexus Display Technologies, LLC ("NDT"), to answer or otherwise respond to Intel's complaint is extended to June 19, 2015.

IT IS SO ORDERED.

1    Dated:

2

3                                    _____

4                                              Hon. Terry J. Hatter, Jr

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. 2:15-CV-02142-TJH-JC