1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| INTEL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NEXUS DISPLAY TECHNOLOGIES LLC,<br><br>Defendant. | Case No. 2:15-CV-02142-TJH-JCx<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [39]**<br><br>**Complaint served:** March 25, 2015<br>**Amended Complaint served:** April 15, 2015<br>**Current response date:** June 5, 2015<br>**New response date:** June 19, 2015 |
|---|---|

ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. 2:15-CV-02142-TJH-JC

1  UPON STIPULATION of the Parties, it is hereby Ordered that the deadline
2  for Defendant Nexus Display Technologies, LLC ("NDT"), to answer or otherwise
3  respond to Intel's complaint is extended to June 19, 2015.
4  IT IS SO ORDERED.

Dated: June 8, 2015

*[signature: Terry J. Hatter, Jr.]*

_____
Hon. Terry J. Hatter, Jr
United States District Judge