1 | DOUGLAS Q. HAHN, State Bar No. 257559
  | dhahn@sycr.com
2 | STRADLING YOCCA CARLSON & RAUTH, P.C.
  | 660 Newport Center Drive, Suite 1600
3 | Newport Beach, CA 92660-6422
  | Telephone: (949) 725-4000
4 | Facsimile: (949) 725-4100

5 | ALISA A. LIPSKI
  | alipski@azalaw.com
6 | AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.
  | 1221 McKinney, Ste. 3460
7 | Houston, TX 77010
  | Telephone: (713) 655-1101
8 | Facsimile: (713) 655-0062

9 | Attorneys for Defendant
  | Nexus Display Technologies LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| Intel Corporation, | CASE NO. 2:15-cv-2142-TJH |
|---|---|
| Plaintiff, | Honorable Terry J. Hatter, Jr. |
| vs. | |
| Nexus Display Technologies LLC, | **NOTICE OF APPEARANCE BY DOUGLAS Q. HAHN** |
| Defendant. | |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

LITIOC/2117211v1/101022-0113

1  PLEASE TAKE NOTICE that Douglas Q. Hahn of Stradling, Yocca,
2 Carlson, & Rauth, P.C. hereby appears on behalf of Defendant Nexus Display
3 Technologies LLC in the above-captioned action.
4  Plaintiff hereby requests that all notices given or required to be given in this
5 case, and all papers served or required to be served in this case be given to and
6 served upon the undersigned at the address, telephone number and email address
7 indicated above.
8  I certify that I am admitted to practice before this Court.

10 DATED: June 11, 2015           STRADLING YOCCA CARLSON & RAUTH, P.C.

12                                By:  */s/ Douglas Q. Hahn*
13                                     Douglas Q. Hahn
                                       Attorneys for Defendant
14                                     Nexus Display Technologies LLC

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
NOTICE OF APPEARANCE BY DOUGLAS Q. HAHN

LITIOC/2117211v1/101022-0113