Alisa A. Lipski, (SBN 278710)
Ahmad, Zavitsanos, Anaipakos,
Alavi & Mensing P.C.
1221 McKinney, Ste. 3460
Houston, TX 77010
(713) 655-1101 – Main
(713) 655-0062 – Facsimile
alipski@azalaw.com – Email

*Attorneys for Defendant Nexus Display Technologies LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INTEL CORPORATION,**<br><br>           **Plaintiff,**<br><br>               v.<br><br>**NEXUS DISPLAY TECHNOLOGIES LLC,**<br><br>           **Defendant.** | Case No. 2:15-CV-02142-TJH-JC<br><br>**DEFENDANT NEXUS DISPLAY TECHNOLOGIES LLC'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Nexus Display Technologies LLC's ("NDT") by and through its undersigned counsel states as follows:

The parent company of Nexus Display Technologies LLC is Acacia Research Group LLC and the parent company of Acacia Research Group LLC is Acacia Research Corporation, a public company.

1

1  Pursuant to L.R. 7.1-1, the undersigned, counsel of record for NDT, certifies
2  that the following listed party (or parties) may also have a pecuniary interest in the
3  outcome of this case. These representations are made to enable the Court to
4  evaluate possible disqualification or recusal:

5  To the extent a contingency fee or other fee agreement engaging a law firm
6  can be considered a pecuniary interest in the outcome of this case, Nexus Display
7  Technologies LLC also identifies Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing
8  P.C.

10  Dated: June 24, 2015          Respectfully submitted,

     */s/ Alisa Lipski*
     Alisa A. Lipski
     California Bar No. 278710
     alipski@azalaw.com
     AHMAD, ZAVITSANOS, ANAIPAKOS,
     ALAVI & MENSING P.C.
     1221 McKinney Street, Suite 3460
     Houston, TX 77010
     Telephone: 713-655-1101
     Facsimile: 713-655-0062

     **ATTORNEYS FOR DEFENDANT NEXUS DISPLAY TECHNOLOGIES LLC**