Amanda Major
1801 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Intel Corporation | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:15-cv-2142 |
| v. | |
| Nexus Display Technologies LLC | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Major, Amanda         of    Wilmer Cutler Pickering Hale and Dorr LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    1801 Pennsylvania Avenue NW
                                                               Washington, DC 20006

(202) 663-6000        (202) 663-6363
*Telephone Number*    *Fax Number*

amanda.major@wilmerhale.com
*E-Mail Address*                                  *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Intel Corporation

*Name(s) of Party(ies) Represented*    ☒ Plaintiff  ☐ Defendant  ☐ Other:

**and designating as Local Counsel**

Thompson, Aaron                                of    Wilmer Cutler Pickering Hale and Dorr LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    350 South Grand Avenue
                                                               Suite 2100
272391            213-443-5300                                 Los Angeles, CA  90071
*Designee's Cal. Bar Number*    *Telephone Number*

                  213-443-5400
                  *Fax Number*                                 *Firm Name & Address*

                                                               aaron.thompson@wilmerhale.com
                                                               *E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED.**

☐ **DENIED.  Fee shall be returned by the Clerk.**

☐ **DENIED, for failure to pay the required fee.**

**Dated** _____

                                                               _____
                                                               **U.S. District Judge/U.S. Magistrate Judge**

G–64 ORDER (06/13)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1