Amanda Major
1801 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Intel Corporation

Plaintiff(s)

v.

Nexus Display Technologies LLC

Defendant(s).

CASE NUMBER

2:15-cv-2142

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** [47]

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Major, Amanda                                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 663-6000            (202) 663-6363

*Telephone Number*        *Fax Number*

amanda.major@wilmerhale.com

*E-Mail Address*

Wilmer Cutler Pickering Hale and Dorr LLP
1801 Pennsylvania Avenue NW
Washington, DC 20006

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Intel Corporation

*Name(s) of Party(ies) Represented*

☒ *Plaintiff*   ☐ *Defendant*   ☐ *Other:* _____

**and designating as Local Counsel**

Thompson, Aaron                                    of

*Designee's Name (Last Name, First Name & Middle Initial)*

272391              213-443-5300

*Designee's Cal. Bar Number*   *Telephone Number*

213-443-5400

*Fax Number*

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2100
Los Angeles, CA 90071

*Firm Name & Address*

aaron.thompson@wilmerhale.com

*E-Mail Address*

**hereby ORDERS the Application be:**

XX **GRANTED.**

☐ **DENIED. Fee shall be returned by the Clerk.**

☐ **DENIED, for failure to pay the required fee.**

**Dated** JULY 6, 2015

*Terry J. Hatter, Jr.*

**U.S. District Judge/U.S. Magistrate Judge**