1  Aaron Thompson (SBN: 272391)
   aaron.thompson@wilmerhale.com
2  WILMER CUTLER PICKERING
     HALE AND DORR LLP
3  350 S. Grand Ave. Suite 2100
   Los Angeles, CA 90071
4  Telephone: (213) 443-5300
   Facsimile:  (213) 443-5400
5
   Todd Zubler (*pro hac vice*)
6  todd.zubler@wilmerhale.com
   WILMER CUTLER PICKERING
7    HALE AND DORR LLP
   1875 Pennsylvania Avenue NW
8  Washington, DC 20006
   Telephone: (202) 663-6000
9  Facsimile:  (202) 663-6363

10 Mark G. Matuschak (*pro hac vice*)
   mark.matuschak@wilmerhale.com
11 WILMER CUTLER PICKERING
     HALE AND DORR LLP
12 60 State Street
   Boston, MA 02109
13 Telephone: (617) 526-6000
   Facsimile:  (617) 526-5000
14
   Attorneys for Plaintiff
15 *Intel Corporation*

16 Counsel for Defendant
   On Signature Page
17
18                    **UNITED STATES DISTRICT COURT**
19                    **CENTRAL DISTRICT OF CALIFORNIA**

| Intel Corporation | |
|---|---|
| Plaintiff and Counterclaim-Defendant, | Case No. 2:15-cv-2142-TJH-JC |
| vs. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE** |
| Nexus Display Technologies LLC | |
| Defendant and Counterclaim-Plaintiff. | **JURY TRIAL REQUESTED** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Settlement and License Agreement, Plaintiff Intel Corporation ("Intel") and Defendant Nexus Display Technologies LLC ("NDT") have agreed to settle, adjust and compromise all claims and counterclaims in the above-captioned action. Intel and NDT, therefore, move this Court to dismiss the above-entitled cause and all claims and counterclaims of the parties made therein with prejudice to the re-filing of same.

Intel and NDT further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

A proposed Order accompanies this motion.

AGREED:

Dated: July 21, 2015

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Todd Zubler

Aaron Thompson (SBN: 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 S. Grand Ave. Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Todd Zubler (pro hac vice)
todd.zubler@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Mark G. Matuschak (pro hac vice)
mark.matuschak@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109

|   |   |   |
|---|---|---|
| 1 |   | Telephone: (617) 526-6000<br>Facsimile:  (617) 526-5000 |
| 2 |   |   |
| 3 |   | Attorneys for Plaintiff<br>Intel Corporation |
| 4 |   |   |
| 5 | Dated: July 21, 2015 | Respectfully submitted, |
| 6 |   | */s/ Alisa Lipski*<br>Alisa A. Lipski |
| 7 |   | California Bar No. 278710<br>alipski@azalaw.com |
| 8 |   | AHMAD, ZAVITSANOS, ANAIPAKOS,<br>ALAVI & MENSING P.C. |
| 9 |   | 1221 McKinney Street, Suite 3460<br>Houston, TX 77010 |
| 10 |   | Telephone: 713-655-1101<br>Facsimile: 713-655-0062 |
| 11 |   |   |
| 12 |   | Attorneys for Defendant Nexus Display<br>Technologies LLC |
| 13 |   |   |
| 14 |   |   |
| 15 |   |   |
| 16 |   |   |
| 17 |   |   |
| 18 |   |   |
| 19 |   |   |
| 20 |   |   |
| 21 |   |   |
| 22 |   |   |
| 23 |   |   |
| 24 |   |   |
| 25 |   |   |
| 26 |   |   |
| 27 |   |   |
| 28 |   |   |

-2-

STIPULATED MOTION TO DISMISS WITH PREJUDICE
Case No. 2:15-cv-02142-TJH-JC