1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| Intel Corporation | |
|---|---|
| Plaintiff and Counterclaim-Defendant, | Case No. 2:15-cv-2142-TJH-JC |
| vs. | **STIPULATED [PROPOSED] ORDER OF DISMISSAL** |
| Nexus Display Technologies LLC | |
| Defendant and Counterclaim-Plaintiff. | |

**ORDER**

CAME ON TO BE CONSIDERED the Agreed Motion To Dismiss With Prejudice by Plaintiff Intel Corporation ("Intel") and Defendant Nexus Display Technologies LLC ("Defendant"). The Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims and counterclaims of Intel and NDT made therein are hereby DISMISSED with prejudice to the re-filing of same. All costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

SIGNED this ____ day of ____, 2015.

_____
Hon. Terry J. Hatter, Jr.
United States District Judge